FISHER & PHILLIPS LLP
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
300 S. Fourth Street, Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  ddornak@fisherphillips.com
*Attorneys for Defendants Sparks Marketing, LLC*
*and Freeman Exposition, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOURTHERN NEVADA; BOARD OF TRUSTEES OF THE TEAMSTERS CONVENTION INDUSTRY TRAINING FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>SPARKS  MARKETING, LLC, a Delaware limited liability company; FREEMAN EXPOSITIONS, LLC, a Texas limited liability company,<br><br>Defendants. | Case No: 2:25-cv-02547-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendants will have a 60-day extension of time, up to and including March 30, 2026 (the 60th day falls on Sunday, March 29, 2026), to answer or otherwise respond to Plaintiffs' Complaint (ECF No. 1).  Defendants' responsive pleading is currently due on January 28, 2026.

The parties are discussing the causes of action and exploring the potential for settlement based upon information that Defendants have agreed to produce. The parties request additional time to continue engaging in such discussions prior to Defendants

FP 61482658.1

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada  89101

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

filing their responsive pleading.  This stipulation is sought in good faith and not for the purpose of delay.   This is the first request for an extension of this deadline.

Dated this 27th day of January, 2026.

BROWNSTEIN HYATT FARBER            FISHER & PHILIPS, LLP
SCHRECK, LLP


 /s/  Bryce C. Loveland                      /s/  David B. Dornak
BRYCE C. LOVELAND, ESQ.            DAVID B. DORNAK, ESQ.
100 North City Parkway                 300 South 4th Street
Suite 1600                             Las Vegas, NV 89101
Las Vegas, NV  89106                   Suite 1500
*Attorneys for Plaintiffs*                 *Attorneys for Defendants*


**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

 January 28, 2026
DATED

FP 61482658.1

- 2 -