FISHER & PHILLIPS LLP
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
300 S. Fourth Street, Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: ddornak@fisherphillips.com
*Attorneys for Defendants Sparks Marketing, LLC
and Freeman Exposition, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOURTHERN NEVADA; BOARD OF TRUSTEES OF THE TEAMSTERS CONVENTION INDUSTRY TRAINING FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>SPARKS MARKETING, LLC, a Delaware limited liability company; FREEMAN EXPOSITIONS, LLC, a Texas limited liability company,<br><br>Defendants. | Case No: 2:25-cv-02547-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendants will have an additional 60-day extension of time, up to and including May 29, 2026, to answer or otherwise respond to Plaintiffs' Complaint (ECF No. 1). Defendants' responsive pleading is currently due on March 30, 2026. (ECF No. 6).

The parties are discussing the causes of action and exploring the potential for settlement based upon information that Defendants produced to Plaintiffs. Because the Trustee committee overseeing this matter for Plaintiffs does not meet again until May 13, 2026, the parties request additional time to continue engaging in such discussions

- 1 -

FP 62723464.1

prior to Defendants filing their responsive pleading.  This stipulation is sought in good faith and not for the purpose of delay.   This is the second request for an extension of this deadline.

Dated this 26th day of March, 2026.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

FISHER & PHILIPS, LLP

 /s/  *Bryce C. Loveland*
BRYCE C. LOVELAND, ESQ.
100 North City Parkway
Suite 1600
Las Vegas, NV 89106
*Attorneys for Plaintiffs*

 /s/  *David B. Dornak*
DAVID B. DORNAK, ESQ.
300 South 4th Street
Suite 1500
Las Vegas, NV  89101
*Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

 March 27, 2026
DATED

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

- 2 -

FP 62723464.1