FISHER & PHILLIPS LLP
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
300 S. Fourth Street, Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  ddornak@fisherphillips.com
*Attorneys for Defendants Sparks Marketing, LLC*
*and Freeman Exposition, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOURTHERN NEVADA; BOARD OF TRUSTEES OF THE TEAMSTERS CONVENTION INDUSTRY TRAINING FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>SPARKS  MARKETING, LLC, a Delaware limited liability company; FREEMAN EXPOSITIONS, LLC, a Texas limited liability company,<br><br>Defendants. | Case No: 2:25-cv-02547-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (THIRD REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendants will have an additional 14-day extension of time, up to and including June 12, 2026, to answer or otherwise respond to Plaintiffs' Complaint (ECF No. 1).  Defendants' responsive pleading is currently due on May 29, 2026.  (ECF No. 9).

The parties have reached a verbal agreement to resolve this matter.  The parties have also exchanged settlement proposals but need additional time to finalize an agreement.  The parties, therefore, request a short extension of Defendants' responsive

- 1 -

FP 64172585.1

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada  89101

pleading due date to allow them to continue diligently working on the settlement agreement.

This stipulation is sought in good faith and not for the purpose of delay. This is the third request for an extension of this deadline.

Dated this 28th day of May, 2026.

BROWNSTEIN HYATT FARBER                 FISHER & PHILIPS, LLP
SCHRECK, LLP


 /s/  Bryce C. Loveland                            /s/  David B. Dornak
BRYCE C. LOVELAND, ESQ.                 DAVID B. DORNAK, ESQ.
100 North City Parkway                         300 South 4th Street
Suite 1600                                            Suite 1500
Las Vegas, NV 89106                             Las Vegas, NV  89101
*Attorneys for Plaintiffs*                          *Attorneys for Defendants*


**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

 May 29, 2026
_____
DATED

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

- 2 -

FP 64172585.1